Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

__Southern__ District of __New York__

Caption:

USA

v.

Ramel Williams

Docket No.: 08 Cr 707

Hon. Kenneth M. Karas
(District Court Judge)

Notice is hereby given that __Ramel Williams__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)

entered in this action on __3/31/10__ (date)

This appeal concerns: Conviction only [ ]  Sentence only [✓]  Conviction & Sentence [ ]  Other [ ]

Defendant found guilty by plea [✓]  trial [ ]  N/A [ ].

Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]

Date of sentence: __3/31/10__  N/A [ ]

Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel?  Yes [✓]  No [ ]  If yes, provide the following information:

Defendant's Counsel:  Larry Sheehan

Counsel's Address:  840 Grand Concourse, Suite 1BB

Bronx, NY 10451

Counsel's Phone:  718-401-7724

Assistant U.S. Attorney:  Anna Skotko

AUSA's Address:  300 Quarropas Street

White Plains, NY 10601

AUSA's Phone:  914-390-1900