# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

February 24, 2020

**BY ECF**

The Honorable Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   **United States v. Ramel Williams**
      **08 CR 707 (KMK)**
      **14 CV 4848 (KMK)**

Dear Judge Karas:

I write with the consent of the Government to respectfully request an adjournment of Mr. Williams' sentencing, currently scheduled for March 16, 2020. Mr. Williams has been incarcerated in Atwater, California, and arrived in New York a few weeks ago. He is currently incarcerated in the Orange County jail. The distance of the facility from our office in downtown Manhattan has made contact with Mr. Williams quite challenging. As our office did not represent him on the underlying matter, I am still familiarizing myself with all of the relevant facts in his case. I have collected necessary mitigation materials, but need to spend further time with Mr. Williams in order to effectively prepare a sentencing submission on his behalf.

The Government, by AUSA Christopher Clore, is available any day the week of April 27, 2020. I apologize to the Court for this delay.

Thank you for your consideration of this request.

Granted –

Sentence is moved to
4/28/20, at 2:00

So Ordered
MK 2/24/20

Respectfully submitted,

Tamara L. Giwa
Assistant Federal Defender
(212) 417-8719

cc:   AUSA Christopher Clore (via ECF)