# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
*Attorney-in-Charge*

MEMO ENDORSED

April 9, 2020

**BY ECF**

The Honorable Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**RE:   United States v. Ramel Williams**
       **08 CR 707 (KMK)**
       **14 CV 4848 (KMK)**

Dear Judge Karas:

I write with the consent of the Government to respectfully request an adjournment of Mr. Williams' sentencing due to the ongoing public health crisis. The sentencing is currently scheduled for April 28, 2020.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Assistant Federal Defender
(212) 417-8719

cc:   AUSA Christopher Clore (via ECF)

*Granted. The sentence is adjourned to 6/3/20 at 10:30 AM*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.
4/12/20