# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 19, 2020

**BY ECF**

The Honorable Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   United States v. Ramel Williams
      08 CR 707 (KMK)
      14 CV 4848 (KMK)

Dear Judge Karas:

I write with the consent of the Government to respectfully request an adjournment of Mr. Williams' sentencing due to the ongoing public health crisis. Mr. Williams would like to appear in person before Your Honor once the courts have reopened. The sentencing is currently scheduled for July 7, 2020.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Assistant Federal Defender
Counsel for Mr. Williams
(917) 890-9729

cc:   AUSA Christopher Clore (via ECF)

*Granted. The sentence will go forward on 8/26/2020 at 11:00 AM*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.

6/23/20