# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**MEMO ENDORSED**

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 7, 2020

**BY ECF**

The Honorable Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   United States v. Ramel Williams
      08 CR 707 (KMK)
      14 CV 4848 (KMK)

Dear Judge Karas:

I write with the consent of the Government to respectfully request an adjournment of Mr. Williams' sentencing due to the ongoing public health crisis. The sentencing is currently scheduled for August 26, 2020. The defense does not object to the exclusion of time under the Speedy Trial Act.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Assistant Federal Defender
Counsel for Mr. Williams
(917) 890-9729

cc:   AUSA Christopher Clore (via ECF)

*Granted. The sentence will go forward on October 8, 2020 at 10:00 A.M.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/8/2020