UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | Case No. 08-CR-707 (KMK) |
| RAMEL WILLIAMS, | ORDER |
| Defendant. | |

KENNETH M. KARAS, United States District Judge:

      For the reasons stated on the record at the October 11, 2023 sentencing, Defendant Ramel Williams is sentenced to time served and may be released forthwith.

SO ORDERED.

DATED:    October 11, 2023
             White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE